IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   2:06-CV-2364-GEB-KJM
          Plaintiff,           )
                               )
     v.                        )   ORDER
                               )
MP-200, LLC; and MANSION       )
HOSPITALITY SERVICES,          )
                               )
          Defendants.          )
                               )
```

On April 10, 2008, Defendants filed a motion in which they seek to strike Plaintiff's expert witness disclosure as untimely and because it does not satisfy the requirements of Federal Rule of Civil Procedure 26(a)(2). At the hearing on the motion held May 5, 2008, Plaintiff withdrew the challenged witness as an expert witness, but said he would use him as a lay witness. Therefore, the motion is denied as moot.

Dated: May 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1