## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

SCOTT N. JOHNSON,

v.

CASE NO: 2:06-CV-2364 GEB KJM

MP-200, LLC, et al.

**XX** – Clerk's entry of Judgment.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties to this action have notified the court of Notice of Acceptance with Offer of Judgment filed with the court on July 8, 2008.

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED JULY 8, 2008**

Victoria C. Minor
Clerk of Court

ENTERED: **July 8, 2008**

by:  /s/ A. Benson
Deputy Clerk